**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-2153**

———————

VAUGHN WINSTON JOHNSON,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  July 18, 2025                              Decided:  August 12, 2025

———————

Before GREGORY, HEYTENS, and BENJAMIN, Circuit Judges,.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Vaughn Winston Johnson, Petitioner Pro Se.  Gregory Michael Kelch, Thankful Townsend Vanderstar, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vaughn Winston Johnson, a native and citizen of Trinidad and Tobago, petitions for review of an order of the Board of Immigration Appeals (Board) denying his request for adjustment of status in conjunction with a waiver of inadmissibility as a matter of discretion and denying his motion to remand. Upon review, we conclude that we lack jurisdiction to consider Johnson's claims challenging the Board's discretion-based decisions to deny relief and remand. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Jean v. Gonzales*, 435 F.3d 475, 481 (4th Cir. 2006). While we retain jurisdiction to review constitutional claims and questions of law, 8 U.S.C. § 1252(a)(2)(D), Johnson's claims do not so qualify. Accordingly, we dismiss the petition for review for lack of jurisdiction. *In re Johnson* (B.I.A. Oct. 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

2